

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00400-CR

| | | |
|---|---|---|
| Jason Cheyenn Pender | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1290456D) |
| v. | § | May 8, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel